IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICE SMITH                                                                                             PLAINTIFF

v.                                           No. 4:05CV01712 JLH

CITY OF LITTLE ROCK                                                                           DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is hereby entered in favor of the City of Little Rock on all claims asserted by Patrice Smith. Patrice Smith's complaint is dismissed with prejudice.

IT IS SO ORDERED this 1st day of March, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE